**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Indemnity Company,<br><br>Plaintiff,<br><br>vs.<br><br>Westfield Insurance Company, et al.,<br><br>Defendants. | No. CV-19-03682-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Statement regarding Discovery Dispute (Doc. 35), in which the parties disagree on an extension of some of the discovery deadlines in this case. Plaintiff argues that the fact discovery deadline should be extended only to allow it to take one deposition. Defendant agrees with extending the fact discovery deadline but for all purposes, not solely for the deposition, and also requests an extension of the expert disclosure deadline and rebuttal expert disclosure deadline. Finding good cause appearing, and that an extension would not otherwise delay this action, the Court will extend the three deadlines for both parties. Accordingly,

**IT IS ORDERED** that the discovery deadlines are modified as follows:

1. Fact Discovery shall be completed by **April 30, 2020**;
2. Expert Disclosure shall be due by **May 15, 2020**;

///

///

///

3. Rebuttal Expert Disclosure shall be due by **June 15, 2020**; and

4. All other deadlines shall remain as set forth in this Court's prior Rule 16 order (Doc. 17).

Dated this 27th day of March, 2020.

Honorable Steven P. Logan
United States District Judge